1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                               DISTRICT OF NEVADA

7                                          * **

JOSE MONTES,                               )

8                                          )        CASE NO.: 2:13-CV-00660-RCJ-VCF
                        Plaintiff,         )
9                                          )
   v.                                      )        O R D E R
10                                         )
BANK OF AMERICA, *et al.*,                 )
11                                         )
                        Defendants.        )
12 _____)

13          The Court has considered the Report and Recommendation of United States Magistrate

14  (ECF #49) entered on February 21, 2014, in which the Magistrate Judge recommends that the Court

15  deny without prejudice Jose Montes' Motion to Add Parties (ECF #25).  The Court has considered the

16  pleadings and memoranda of the parties and other relevant matters of record and has made a review

17  and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law,

18  and good cause appearing, the court hereby

19          ADOPTS AND ACCEPTS the Report and Recommendation of the United States

20  Magistrate Judge (ECF #49).

21          IT IS HEREBY ORDERED that Jose Montes' Motion to Add Parties (ECF #25) is

22  DENIED.

23          IT IS SO ORDERED this 3rd day of April, 2014.

24

25                                              _____
                                                ROBERT C. JONES
26                                              UNITED STATES DISTRICT JUDGE