**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JOSE MONTES,

           Plaintiff,

vs.

BANK OF AMERICA NA, *et al.,*

           Defendants.

2:13-cv-00660-RCJ-VCF

**MINUTE ORDER**

       Before the Court is *Jose Montes v. Bank of America NA, et al.*, case no. 2:13-cv-00660-RCJ-VCF.

       On May 7, 2014, Plaintiff filed a Notice of Settlement. (#61).

       Accordingly,

       IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (#35) is DENIED without prejudice as MOOT.

       DATED this 12th day of May, 2014.

                                                    CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE