ORIGINAL

LANE J. ASHLEY
California Bar No. 073296
lane.ashley@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
priscilla.obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Defendants, Bank of America N.A.;
National Union Fire Insurance Company of
Pittsburgh, PA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE MONTES, individually; and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA NA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA; DOES 1 through XX, inclusive, ROE CORPORATIONS 1 through XX, inclusive, <br><br> Defendants. | CASE NO. 2:13-CV-00660 RCJ-VCJ <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** <br><br> Trial Date:    None Set |

///
///
///
///
///
///
///
///
///

4826-3149-4938.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**IT IS HEREBY STIPULATED** by and between Plaintiff JOSE MONTES and Defendants BANK OF AMERICA N.A. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH Pa, through their respective undersigned counsel of record, that all claims in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 22 day of May, 2014.   DATED this 4 day of June, 2014.

_____   _____
Patrick McKnight, Esq.            Lane J. Ashley
Nevada Bar No. 004120             California Bar No. 073296
7473 West Lake Mead, Suite 100    Priscilla L. O'Briant
Las Vegas, NV 89128               Nevada Bar No. 010171
                                  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Theodore Williams, Esq.           6385 S. Rainbow Boulevard, Suite 600
Nevada Bar No. 004796             Las Vegas, Nevada 89118
517 South Third Street            Attorneys for Defendants
Las Vegas, NV 89101
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: This 4th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

4826-3149-4938.1                               2